■ SHAWN M. BRADY et al., Appellants, v FAMILY DOLLAR STORES OF NEW YORK, INC., et al., Respondents. [879 NYS2d 780]— Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered May 9, 2008 in a personal injury action. The order granted the motions of defendants for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Peradotto and Green, JJ.